AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Khalilah Najwa Joyner<br>*Plaintiff*<br>v.<br>Dr. Michael Kim, Family Medicine Dr.; Dr. Michael Savino, Emergency Room Dr.; The United States Army<br>*Defendant* | )<br>)<br>) Civil Action No.    3:17-2089-MBS<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Khalilah Najwa Joyner, shall take nothing of the defendants, Dr. Michael Kim, Dr. Michael Savino, and the United States Army, and the complaint is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, having adopted the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, summarily dismissing the complaint without prejudice and without issuance and service of process.

Date:   September 6, 2017

*CLERK OF COURT*

s/Mary Deal

*Signature of Clerk or Deputy Clerk*